# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **CEDRIC OMAR SNEAD,** | ) |
| Plaintiff, | ) |
| | ) Case No. 7:22CV00116 |
| v. | ) **OPINION** |
| **THE COMMONWEALTH OF VIRGINIA,** | ) JUDGE JAMES P. JONES |
| Defendant. | ) |

*Cedric Omar Snead, Pro Se Plaintiff.*

Plaintiff, Cedric Omar Snead, a Virginia inmate proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983 in March of 2022. He was granted the opportunity to proceed in forma pauperis to the extent that he could pay the $350 filing fee via installments from an inmate trust account, pursuant to 28 U.S.C. § 1915(b). On March 23, 2022, the court received plaintiff's notice of address change that indicates he has been released from custody. If so, plaintiff would no longer be subject to the provisions of the Prison Litigation Reform Act, which allowed him to pay the $350 filing fee via installments.

An Order entered on March 24, 2022, directed Snead to submit, within ten days from that date, the filing fee owed and the applicable administrative fee, a total of $400, or to otherwise respond to the court. The Order advised that a failure to

comply within the time limits set out in the order would result in dismissal of this action without prejudice. The deadline the court set for Snead's response has passed, and he has had no further communication with the court. Therefore, I will dismiss the action without prejudice for failure to prosecute.

A separate final order will be entered herewith.

DATED: April 12, 2022

/s/  JAMES P. JONES
Senior United States District Judge